UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSHUA CACHO,**

      Plaintiff,

v.                               Case No. 6:23-cv-738-CEM-LHP

**FINESSE CARWASH SERVICE &
DETAILING INC, GEORGE
FAGAN, and PHYLLIS UFRET,**

      Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Notice of Settlement (Doc. 47), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 5, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record